UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

EZATULLA ORYAKHIL,

    Petitioner,

    v.

RANDY KERN, Pulaski County Sheriff and
GLENN TRIVELINE, Chicago Field Office
Director, U.S. Immigration and Customs
Enforcement,

    Respondents.

Case No. 08-cv-393-JPG

## **MEMORANDUM AND ORDER**

This matter comes before the Court on the Motion to Dismiss Petition for Writ of Habeas Corpus (Doc. 6) filed by Petitioner Ezatulla Oryakhil. Rule 41(a)(1)(A)(i) allows dismissal of an action by a plaintiff without a court order at any time before service by an adverse party of an answer or of a motion for summary judgment by filing a notice with the court. The respondents have not filed an answer or motion for summary judgment in this case. Because the petitioner has an absolute right to dismiss this case at the present time, the Court finds that this action is **DISMISSED without prejudice** and **DIRECTS** the Clerk of Court to enter judgment accordingly.

**IT IS SO ORDERED.**
**DATED: July 14, 2008**

                              s/ J. Phil Gilbert
                              **J. PHIL GILBERT**
                              **DISTRICT JUDGE**