UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| EZATULLA ORYAKHIL, | |
|---|---|
| Petitioner, | |
| v. | Case No. 08-cv-393-JPG |
| RANDY KERN, Pulaski County Sheriff and GLENN TRIVELINE, Chicago Field Office Director, U.S. Immigration and Customs Enforcement, | |
| Respondents. | |

## JUDGMENT

This matter having come before the Court, and the petitioner having filed a notice of dismissal without prejudice,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed without prejudice.

**NORBERT JAWORSKI**

Dated: July 14, 2008        By: S/Deborah Agans, Deputy Clerk


Approved:    s/ J. Phil Gilbert
             **J. PHIL GILBERT**
             **DISTRICT JUDGE**